No. 02–10979 (02A1021). CHARM *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death,

presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.